IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

CASE NO. _____     2006 DEC -5  P 4: 24

CLERK_____
SO. DIST. OF GA.

## GENERAL ORDER

CV206-290

Federal Rule of Civil Procedure 26(f) requires the parties to confer, develop

a proposed discovery plan, and submit a report to this Court. Subsequent to the

filing of the report, a Scheduling Order must be entered pursuant to Fed. R. Civ. P.

16(b). Therefore, by the earlier of **twenty (20) days** after the filing of the last

answer of the defendants named in the original complaint or **forty-five (45) days**

after the first appearance by answer or motion under Fed. R. Civ. P. 12 of a

defendant named in the original complaint, the parties shall confer as provided in

Rule 26(f). See L.R. 26.1(a). Thereafter, within ten (10) days after the required

conference held pursuant to 26(f), the parties shall submit to the Court a written

report conforming to the language and format of the Rule 26(f) Report attached to

this Order outlining their discovery plan. See L.R. 26.1(b).

Except in unusually protracted or complex cases, the parties will be expected

to adhere to the following deadlines and limitations:

1.  The parties shall serve all written discovery on opposing parties and
    shall complete all depositions within **140 days** of the filing of the last
    answer of the defendants named in the original complaint. See L.R.
    26.1(d)(i).

AO 72A
(Rev. 8/82)

2.   The plaintiff must furnish the <u>expert witness reports</u> required by Rule 26(a)(3) within **60 days** after the Rule 26(f) conference.  <u>See</u> L.R. 26.1(d)(ii).

3.   The defendant must furnish the expert witness reports required by Rule 26(a)(2) within **90 days** after the Rule 26(f) conference (or **60 days** after the answer, whichever is later).  <u>See</u> L.R. 26.1(d)(iii).

4.   The last day for <u>filing motions to add or join parties or amend the pleadings</u> is **60 days** after the first answer of the defendants named in the original complaint.  <u>See</u> L.R. 16.3.

5.   The last day for <u>filing all other motions</u>, excluding motions in limine, is **30 days** after the close of discovery.  <u>See</u> L.R. 7.4.

Plaintiff's counsel shall ensure that a copy of this Order is served upon each party.

Finally, a party who cannot gain the cooperation of the other party in preparing the Rule 26(f) report should advise the Court prior to the due date of the report of the other party's failure to cooperate.

**SO ORDERED**.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

_____ DIVISION

|                |     |           |
|----------------|-----|-----------|
|                | )   |           |
|                | )   |           |
| Plaintiff      | )   |           |
|                | )   |           |
| v.             | )   | Case No:. |
|                | )   |           |
|                | )   |           |
|                | )   |           |
| Defendant      | )   |           |

## RULE 26(f)  REPORT

1.    Date of Rule 26(f) conference: _____

2.    Parties or counsel who participated in conference:

      _____

      _____

      _____

3.    If any defendant has yet to be served, please identify the defendant and state when service is expected.

4.    Date the Rule 26(a)(1) disclosures were made or will be made:

                          _____

5.    If any party objects to making the initial disclosures required by
      Rule 26(a)(1) or proposes changes to the timing or form of those
      disclosures,

      (a)    Identify the party or parties making the objection or
             proposal:

             _____

_____

             _____

_____(b)    Specify the objection or proposal:

             _____

             _____

             _____

6.    The Local Rules provide a 140-day period for discovery.  If any
      party is requesting additional time for discovery,

      (a)    Identify the party or parties requesting additional time:

             _____

             _____

_____

(b)   State the number of months the parties are requesting for discovery:

_____ months

(c)   Identify the reason(s) for requesting additional time for discovery:

____ Unusually large number of parties

____ Unusually large number of claims or defenses

____ Unusually large number of witnesses

____ Exceptionally complex factual issues

_____ Need for discovery outside the United States

____ Other: _____

(d)   Please provide a brief statement in support of each of the reasons identified above:

_____

_____

_____

_____

_____

3

_____

_____

7.    If any party is requesting that discovery be limited to particular
      issues or conducted in phases, please

      (a)   Identify the party or parties requesting such limits:

            _____

            _____

            _____

      (b)   State the nature of any proposed limits:

            _____

            _____

            _____

8.    The Local Rules provide, and the Court generally imposes, the
      following deadlines:

      Last day for filing motions to add        60 days after issue is joined
      or join parties or amend pleadings

      Last day to furnish expert witness        60 days after Rule26(f)
      report by plaintiff                        conference

      Last day to furnish expert witness        90 days after Rule 26(f)
      report by a defendant                      conference (or 60 days
                                                 after the answer,
                                                 whichever is later)

4

Last day to file motions                    30 days after close of
                                            discovery


If any party requests a modification of any of these deadlines,

(a)    Identify the party or parties requesting the modification:

_____

_____

_____


(b)    State which deadline should be modified and the reason
        supporting the request:

_____

_____

_____

_____

_____


9.    State any other matters the Court should include in its scheduling
       order:

_____

_____

_____

_____

_____

10.   The parties certify by their signatures below that they have discussed the nature and basis of their claims and defenses and the possibilities for prompt settlement or resolution of the case. Please state any specific problems that have created a hindrance to the settlement of the case:

_____

_____

_____

This _____ day of _____, 20 .

          Signed: _____
                              *Attorney for Plaintiff*

                  _____
                              *Attorney for Defendant*

6